# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2308

_____

BYRON LOWERY,

   Petitioner,

v.

DEPARTMENT OF CORRECTIONS
and FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


June 4, 2019


PER CURIAM.

   The petition for writ of certiorari is denied on the merits.

WOLF, KELSEY, and WINOKUR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Byron Lowery, pro se, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee; Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondents.